

# Fourth Court of Appeals
## San Antonio, Texas

May 10, 2021

No. 04-21-00179-CV

**IN THE INTEREST OF K.K.O, K.Z.B, Q.K.B, A.E.B., CHILDREN**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-02560
Honorable Susan D. Reed, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant filed her notice of appeal on May 7, 2021. Thus, the 180-day deadline in which this court must dispose of this appeal is November 3, 2021.

On May 9, 2021, court reporter Angelita Rangel Jimenez filed a notification of late reporter's record. The reporter has requested an additional eleven days to file the record. The request is GRANTED. The court reporter is ORDERED to file the reporter's record with this court **no later than May 28, 2021**. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of May, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court